**No. 51018.**—Protest 122174–K of B. Shackman & Co. (New York).

Opinion by OLIVER, P. J.   In accordance with stipulation of counsel that the harmonicas in question are similar in all material respects to those the subject of Abstract 40586, the claim at 40 percent under paragraph 1541 was sustained.

**No. 51019.**—Protests 79161–K, etc., of Guerlain, Inc., et al. (New York).

Opinion by OLIVER, P. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51020.**—Protests 118990–K, etc., of Lederle Laboratories, Inc. (New York).

Opinion by COLE, J.   It was stipulated that the merchandise consists of beef-liver extract or pork-liver extract the same in all material respects as that passed upon in *United States* v. *Judson Sheldon Corp.* (33 C. C. P. A. 73, C. A. D. 318). In accordance therewith the claim for free entry under paragraph 1669 was sustained.

**No. 51021.**—Protests 68923–K, etc., of Mutual Supply Co. et al. (Los Angeles)

Opinion by COLE, J.   It was stipulated that certain items of the merchandise consist of dried, unsalted fish the same in all material respects as that passed upon in Abstract 50242.   In accordance therewith the merchandise was held dutiable as claimed.

BEFORE THE SECOND DIVISION, APRIL 17, 1946

**No. 51022.**—Protests 14943–K, etc., of Arrow Manufacturing Co., Inc., et al. (New York).

Opinion by TILSON, J.   The record showed that certain items of the merchandise consist of manila hemp hats similar in all material respects to those the subject of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218).   Upon the established facts and following the authority cited the merchandise in question was held dutiable as claimed.